No. D–329.   IN RE DISBARMENT OF WHITE.   It is ordered that Paul Anthony White, of Gladstone, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 93, Orig.   OKLAHOMA *v.* ARKANSAS ET AL.   Motion of Illinois and Tennessee for leave to file a brief as *amici curiae* granted.   Motion for leave to file bill of complaint denied. [For earlier order herein, see 459 U. S. 812.]

No. 82–65.   BROWN ET AL. *v.* THOMSON, SECRETARY OF STATE OF WYOMING, ET AL.   D. C. Wyo.   [Probable jurisdiction noted, 459 U. S. 819.]   Motion of appellees James L. Thompson et al. for divided argument denied.

No. 82–118.   CROWN, CORK & SEAL CO., INC. *v.* PARKER. C. A. 4th Cir.   [Certiorari granted, 459 U. S. 986.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 82–524.   BALTIMORE GAS & ELECTRIC CO. ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC.; No. 82–545.   UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and No. 82–551.   COMMONWEALTH EDISON CO. ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.   C. A. D. C. Cir.   [Certiorari granted, 459 U. S. 1034.]   Motion of petitioners in No. 82–551 for divided argument denied.   JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 82–914.   MONSANTO CO. *v.* SPRAY-RITE SERVICE CORP.   C. A. 7th Cir.   [Certiorari granted, *ante,* p. 1010.] Motion of Washington et al. for leave to file a brief as *amici curiae* out of time denied.   JUSTICE WHITE took no part in the consideration or decision of this motion.